UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-57-F

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> TINEKA S. MCLAUGHLIN | ORDER TO SEAL |

On motion of the Defendant, Tineka S. Mclaughlin, and for good cause shown, it is hereby ORDERED that the **[DE 23]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 25 day of November, 2014.

_James C. Fox_
James C. Fox
Senior United States District Judge