IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00057-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )     O R D E R |
| | ) |
| TINEKA S. McLAUGHLIN, | ) |
|         Defendant. | ) |

This matter is before the court *sua sponte*. At Tineka S. McLaughlin's sentencing held on December 2, 2014, the court stated that McLaughlin's total restitution amount was $29,996.91. The court later stated that McLaughlin was to make restitution to the following victims in the following amounts: (1) PFCU in the amount of $19,216.05; (2) BB&T in the amount of $3,060.86; (3) USAA Corporate Security Investigators in the amount of $6,597.57; (4) Progressive Insurance, Credit Collections Services, Attn: Client Services in the amount of $1,102.37; and (5) NFCU in the amount of $975. The statement of the total restitution amount was the result of a mathematical error. The total restitution totals $30,951.85.

SO ORDERED.

This, the 3rd day of December, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge